Jordan Weiner (SBN 356297)
jordan@lrcl.org
La Raza Centro Legal
474 Valencia St., Ste. 295
San Francisco, CA 94103
Telephone: (415) 553-3435

*Attorney for Petitioner*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELIX MEDINA NIETO,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, *et al.*,<br><br>Respondents. | Case No. 3:26-cv-12870-RFL<br><br>**JOINT MOTION TO VACATE PRELIMINARY INJUNCTION HEARING AND DECIDE CASE ON THE MERITS OF THE HABEAS PETITION; [~~PROPOSED~~] ORDER** |

On October 30, 2026, Judge Araceli Martinez-Olguin granted Petitioner's ex parte temporary restraining order motion. ECF No. 5. A preliminary injunction hearing on that motion is currently scheduled for November 13, 2026 at 10:00 AM before Judge Rita F. Lin. ECF No. 8.

Respondents filed their response to order to show cause on November 4, 2026. ECF No. 11. Petitioner filed his reply to that response on November 9, 2026. ECF No. 13.

The parties ask the Court to construe Respondents' response to order to show cause (ECF No. 11) as a return to the habeas petition and Petitioner's reply (ECF No. 13) as a traverse. The parties agree to waive the preliminary injunction hearing and a hearing on the merits of the habeas petition and ask the Court to decide the merits of this case on the papers.

DATED: November 11, 2026

*/s/ Jordan Weiner*
JORDAN WEINER
LA RAZA CENTRO LEGAL

Attorney for Petitioners

DATED: November 11, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Michael Starrett*
Michael Starrett
Assistant United States Attorney

Attorneys for Respondents

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' joint motion to vacate the preliminary injunction hearing on November 13, 2026, waive a hearing on the merits of the habeas petition, and decide the merits of the habeas petition on the papers is hereby ADOPTED as the ORDER of the Court.

IT IS SO ORDERED.

DATED: November 12, 2026

United States District Judge Rita F. Lin